UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

James E. Wright, Jr.                          :
416 Tohickon Avenue                           :
Quakertown, PA  18951,                        :
                            Plaintiff         :
v.                                            :        13-cv-07649
Experian Information Solutions, Inc.          :
475 Anton Blvd.                               :
Costa Mesa, CA, 92626                         :
and                                           :
Experian Information Solutions, Inc.,         :        Jury Trial Demanded
5 Century Drive                               :
Parispanny, NJ  07054,                        :
and                                           :
Search America, Inc.                          :
6450 Wedgewood Road, Suite 100                :
Maple Grove, MN  55311                        :
and                                           :
X,Y,Z Corporations,                           :
                            Defendant(s)      :

# PLAINTIFF'S FIRST AMENDED COMPLAINT

1. This is a lawsuit for alleged violations of the Fair Credit Reporting Act (FCRA), and the Fair and Accurate Credit Transaction Act (FACTA), 15 U.S.C. 1681, et seq.

2. Jurisdiction and venue are proper because Defendant(s) do(es) business in this jurisdiction and avails itself of the benefits of the market in this jurisdiction.

3. Jurisdiction and venue are proper because key witnesses involved in the case are located at or near this jurisdiction.

4. Jurisdiction and venue are proper n because a substantial portion of the transaction(s), occurrence(s) or omission(s) took place in this jurisdiction.

5. Jurisdiction and venue are proper because Plaintiff resides in this jurisdiction.

## PARTIES

6.  All previous paragraphs of this complaint are incorporated by reference.

7.  Plaintiff is James E. Wright, Jr., an adult individual with a mailing address of 416 Tohickon Avenue, Quakertown, PA 18951.

8.  Defendants are the following individuals and business entities.

    a.  Experian Information Solutions, Inc., a corporation with an address including but not limited to 475 Anton Blvd., Costa Mesa, CA, 92626.

    b.  Experian Information Solutions, Inc., a corporation with an address including but not limited to 5 Century Drive, Parispanny, NJ 07054.

    c.  The above reference Defendants "a." and "b." may be the same corporate entity with different business addresses.

    d.  Search America, Inc. a business entity with an address including but not limited to 6450 Wedgewood Road, Suite 100, Maple Grove, MN 55311.

    e.  X,Y,Z Corporations, business entities whose identities are not know to Plaintiff at this time, but which will become known upon proper discovery. It is believed and averred that such entities played a substantial role in the commission of the acts described in this complaint.

**COUNT ONE:**
**James E. Wright Jr. v. Experian Information Solutions, Inc. and Search America., Inc.**
**Violation of the FCRA / FACTA, 15 USC 1681 et. seq.**
**Failure to Provide Address and Telephone Number of Saint Luke's Hospital**

9.  All previous paragraphs of this complaint are incorporated by reference.

10. At all times mentioned herein Plaintiff was a consumer as defined by 15 USC 1681.

11. At all times mentioned herein Plaintiff was a person as defined by 15 USC 1681a (c).

12. At all times mentioned herein Plaintiff was an individual as defined by 15 USC 1681a (c).

13. At all times mentioned in this Complaint, Defendant(s) maintained a "consumer report" on Plaintiff as defined by 15 USC 1681a(a)(d) et. seq.

14. At all times mentioned in this Complaint, all of the Defendant(s) were a "consumer Reporting Agency" (CRA) as defined by 15 USC 1681a(f) et. seq.

15. In the alternative, if any of the named defendants is found not to be a CRA, then the remaining defendant(s) may still be found to be a CRA.

16. At all times mentioned in this Complaint, all of the Defendant(s) were a "person" as defined by 15 USC 1681a(f) et. seq.

17. At various dates and times depicted in the attached exhibits, Defendants Experian Information Solutions, Inc. and Search America, Inc. acted collectively, jointly and in concert to provide Plaintiff's consumer report to Saint Luke's Hospital.

18. At various dates and times depicted in the attached exhibits, Defendants Experian Information Solutions, Inc. and Search America, Inc. operated collectively under the brand name "Experian" to provide Plaintiff's consumer report to Saint Luke's Hospital.

19. According to 15 USC 1681g(a)(3), a CRA is required to disclose to the consumer the names of all persons or business entities that accessed the consumer's report within the last 12 months of the date of the report.

20. 15 USC 1681g(a)(3) also requires a CRA to provide the telephone number and address for the persons or business entities that accessed the consumer's report in the last 12 months, upon written request of the consumer to disclose such information.

21. Plaintiff sent numerous written requests to all of the above named Defendants for the address and telephone number for Saint Lukes Hospital.  See attached exhibits.

22. Defendant(s) received Plaintiff's written request(s) for the address and telephone number for Saint Luke's Hospital.  See attached exhibits.

23. Defendant(s) refused to disclose to Plaintiff the address and telephone number for Saint Luke's Hospital.

24. By refusing to disclose to Plaintiff's the address or telephone number  for Saint Luke's Hospital, Defendant(s) violated 15 USC 1681g(a)(3) of the FCRA.

**COUNT TWO: James E. Wright Jr. v. Search America, Inc.  and Experian Information
Solutions, Inc.
Violation of FCRA / FACTA, 15 USC 1681 et. seq.
Failure to Provide Plaintiff with a Copy of Plaintiff's Consumer Report**

25. All previous paragraphs of this complaint are incorporated by reference and made a part
    of this Compliant.

26. At all times mentioned herein Plaintiff was a consumer as defined by 15 USC 1681.

27. At all times mentioned herein Plaintiff was a person as defined by 15 USC 1681a (c).

28. At all times mentioned herein Plaintiff was an individual as defined by 15 USC 1681a
    (c).

29. At all times mentioned in this Complaint, Defendant Search America, Inc. maintained a
    "consumer report" on Plaintiff as defined by 15 USC 1681(a)(d) et. seq.

30. At all times mentioned in this Complaint, Defendant Search America, Inc. was acting as a
    "consumer Reporting Agency" (CRA) as defined by 15 USC 1681a(f) et. seq.

31. Within the applicable statute of limitations prior to the commencement of this action,
    Plaintiff contacted Defendant Search America, Inc. in writing and requested a copy of the
    information contained in Plaintiff's consumer report which was maintained by Defendant
    Search America, Inc.  See Exhibits.

32. At the time that Plaintiff requested Plaintiff's consumer report form Defendant Search America, Inc. Plaintiff furnished proper proof of identity and proper proof of mailing address.

33. Defendant(s) refused to provide Plaintiff with a free annual copy of Plaintiff's consumer report form Search America, Inc.  See Exhibits.

34. Defendant(s) did not have a valid or sufficient reason to refuse to send Plaintiff a copy of Plaintiff's consumer report.

35. Defendant(s) breached its / their duty under 15 USC 1681g et. seq. to provide Plaintiff with a copy of Plaintiff's consumer report.

36. It is believed and averred that at all timed mentioned in this Count Two of Plaintiff's Complaint, Defendants Experian Information Solutions, Inc. and Search America acted collectively, jointly and in concert and operated under the band name "Experian."

## LIABILITY AND DAMAGES

37. The previous paragraphs of this Complaint are incorporated by reference and made a part of this Complaint.

38. Defendant(s) is liable for the acts committed by its agents under the doctrine of respondeat superior because Defendant's agents were acting within the scope of their employment with Defendant.

39. In the alternative, Defendant(s) is liable for the conduct of its agents / employees under the theory of joint and several liability because Defendant and its agents / employees were engaged in a joint venture and were acting jointly and in concert.

40. At all times mentioned in this Complaint Defendants Experian Information Solutions, Inc. and Defendant Search America, Inc. were acting collectively, jointly and in concert, and therefore they are jointly and severally liable for the misconduct described in this Complaint.

41. In the event that it is determined by this Honorable Court that said Defendants were not acting collectively, jointly or in concert, then the remaining Defendant(s) may be held liable on an individual basis.

42. Any mistake made by Defendant(s) would have included a mistake of law.

**43.** Any mistake made by Defendant(s) would not have been a reasonable or bona fide mistake.

44. Plaintiff believes and avers that Defendant(s)' conduct was willful for reasons including but not limited to the following.

    a.    The number of requests for the address and telephone number for Saint Luke's Hospital made by Plaintiff which were ignored by Defendant(s).

    b.    The manner in which Search America, Inc. flat out refused to send Plaintiff a copy of the information contained in Plaintiff's consumer report.

    c.    The number of similarly situated consumers whose rights under 15 USC 1681g(a)(3) et. seq. were violated by Defendant(s) in a similar manner in which Plaintiff's rights were violated.

    d.    It is believed and averred that Defendant(s)' act and omissions were caused by Defendant(s)' standard business practices, policies and procedures antithetical to Defendant(s) duties to provide telephone numbers pursuant to 15 USC 1692g(a)(3) et. seq.

45. Plaintiff believes and aver that Plaintiff is entitled to at least $1.00 actual damages including but not limited to phone, fax, stationary, postage, etc.

46. Plaintiff believes and aver that Plaintiff is entitled to $1,000.00 statutory damages from all Defendants pursuant to 15 USC 1681 et. seq. for Count One.

47. Plaintiff believes and aver that Plaintiff is entitled to $1,000.00 statutory damages from all Defendants pursuant to 15 USC 1681 et. seq. for Count Two.

48. Because Defendant(s)' conduct was willful, Plaintiff requests punitive damages in an amount to be determined by this Honorable Court.

49. For purposes of a default judgment, Plaintiff believes and avers that the amount of such punitive damages should be no less than $150,000.00.

## ATTORNEY FEES

50. The previous paragraphs of this Complaint are incorporated by reference and made a part of this Complaint.

51. Plaintiff is entitled to reasonable attorney fees pursuant to 15 USC 1681 et. seq.

52. It is believed and averred that such reasonable attorney fees amount to no less than $2,450.00 at a reasonable rate of $350.00 per hour, enumerated below.

| | |
|---|---|
| a.   Consultations with client, review of file, preparing letters | 1 |
| b.   Drafting, editing, review, filing of complaint, amended complaint and service of Complaint and related documents | 3 |
| c.   Drafting and serving discovery on Defense Counsel | 1 |
| d.   Follow up contact with Defense | 2 |

7 x $350 = $2,450.00

53. Plaintiff's attorney fees continue to accrue as the case move forward.

54. The above stated attorney fees are for prosecuting this matter and reasonable follow up.

## OTHER RELIEF

55. The previous paragraphs of this Complaint are incorporated by reference and made a part of this Complaint.

56. Plaintiff requests a jury trial in this matter.

57. Plaintiff demands a jury trial in this matter.

58. Plaintiff demands fees for prosecuting this action.

59. Plaintiff demands costs for prosecuting this action.

60. Plaintiff seeks such other relief as this Honorable Court may deem just and proper.

Wherefore, Plaintiff demands judgment against Defendant(s) in the amount of no less than $154,451.00 as enumerated below.

$1.00 more or less actual damages against all Defendants.

$1,000.00 statutory damages for Count One

$1,000.00 statutory damages for Count Two

$2,450.00 attorney fees against all Defendants

$150,000.00 punitive damages from all Defendants

Plaintiff also demands fees and costs associated with prosecuting this action.  Plaintiff seeks such additional relief as this Honorable Court deems just and proper.

_____     _____1-1-2014_____

**Vicki Piontek, Esquire**                              Date

**Attorney for Plaintiff**

**951 Allentown Road**

**Lansdale, PA  19446**

**877-737-8617**

**palaw@justice.com**

**Fax: 866-408-6735**

James E. Wright, Jr.
416 Tohickon Avenue
Quakertown, PA 18951
(267) 371-9281

Search America
6450 Wedgewood Road, Suite 100
Maple Grove, MN  55311

Re:   James E. Wright, Jr.        SSN ▮▮▮▮▮▮▮▮▮        DOB 9/3/1965

To Whom it May Concern:

I am requesting copies of all personal information that your company has on me.  Please produce copies of all consumer reports maintained on me by your company.

**Please redact the first five digits of my Social Security Number on my consumer report. Please do not print the first five digits of my Social Security number on my consumer report.**

Enclosed please find a copy of my drivers license and other proof of my mailing address.

Thank you.

Sincerely,

James E. Wright, Jr.

7-12-13
Date

Exhibit A-1



DRIVER'S LICENSE

No:
DOB: 09/03/1965
Class: C
Endorse: ----
Com/Med Rstr: */*
Issued: 07/12/2011
Expires: 09/04/2015

Dup:
Sex:
Eyes:
Height:

JAMES E WRIGHT JR
416 TOHICKON AVE
QUAKERTOWN PA 1895

Exhibit A-2

**James E. Wright, Jr.**
**416 Tohickon Avenue**
**Quakertown, PA 18951**
**(267) 371-9281**

Experian Healthcare
Attention:  Compliance
6450 Wedgewood Road, Suite 100
Maple Grove, MN  55311

**Re:**   James E. Wright, Jr.      SSN: ███████      **DOB 9/3/1965**

To Whom it May Concern:

I am requesting copies of all personal information that your company has on me.  Please produce copies of all consumer reports maintained on me by your company.

**Please redact the first five digits of my Social Security Number on my consumer report. Please do not print the first five digits of my Social Security number on my consumer report.**

Enclosed please find a copy of my drivers license and other proof of my mailing address.

Thank you.

Sincerely,

James E. Wright, Jr.

7-12-13
Date

Exhibit    B - 1



Dup:
No.:
DoB: 08/05/1966
Sex:
Class: C
Eyes:
Endorse: ---
Height:
Comm'cial Rstr: */*
Issued: 07/12/2011
Expires: 09/04/2015

JAMES E WRIGHT JR
416 TOHICKON AVE
QUAKERTOWN PA 1895

DRIVER'S LICENSE

EXhibit B-2

James E. Wright, Jr.
416 Tohickon Avenue
Quakertown, PA 18951
█████████████

Experian Healthcare
Attention:  Compliance
6450 Wedgewood Road, Suite 100
Maple Grove, MN  55311

Re:   James E. Wright, Jr.      SSN: ████████      DOB 9/3/1965

To Whom it May Concern:

    I am requesting copies of all personal information that your company has on me.  Please produce copies of all consumer reports about me in the possession of your company.

    I would like the name, address and telephone number for every entity that accessed my consumer report in the last 12 months.

    **Please redact the first five digits of my Social Security Number on my consumer report. Please do not print the first five digits of my Social Security number on my consumer report.**

    Enclosed please find a copy of my drivers license.

    Thank you.

Sincerely,

James E. Wright, Jr.

7-29-13
Date

Exhibit C-1



Dup:
Sex:
Eyes:
Height:

No:
DOB: 09/03/1965
Class: C
Endorse: ----
Com/Med Rstr: *r*
Issued: 07/12/2011
Expires: 09/04/2015

JAMES E WRIGHT JR
416 TOHICKON AVE
QUAKERTOWN PA 18951

DRIVER'S LICENSE

Exhibit C-2

 Experian

**Experian Healthcare**
6450 Wedgwood Road
Suite 100
Maple Grove, MN 55311
(1) 763 416 1000 T
(1) 763 416 1099 F
www.experian.com

August 1, 2013

James E. Wright, Jr.
416 Tohickon Avenue
Quakertown, PA  18951

Dear James:

Thank you for contacting Search America, Inc. (Experian Healthcare) about the information that you are questioning regarding information from your credit report. Let me start by letting you know that Experian Healthcare is not in the business of making inquiries for unlawful reasons. Our clients have a permissible purpose to access information regarding their patients under Section 604 of the Fair Credit Reporting Act. We provide a service for our customers to locate information through our systems to help verify demographic data and understand financial positions for their consumers.

Note that the inquiries through our systems are <u>soft</u> inquiries that do not affect your credit score and you are the only one who is able to view these inquiries.  Other organizations looking at your credit report are not able to see these inquiries. Our main clientele is within the healthcare industry, so if you or any of your dependents have been to a medical facility that utilizes our tools, this could be how this inquiry has appeared on your credit report.

If you would like more information or would like to talk to someone in our Customer Care team, please contact our Consumer Line at 763.416.1030. We can assist you with the use of our services; however if you have specific questions about the inquiries that are not associated with Experian Healthcare. we will need you to contact the Experian National Consumer Assistance Center directly at 888-397-3742.

If you would like to speak with me, you can reach me directly at 763.416.1010.

Sincerely,

Susan M. Hanson
Compliance Officer
Experian Healthcare
susan.hanson@experian.com
(1)  763 416 1010 T

Exhibit     D

**James E. Wright, Jr.**
**416 Tohickon Avenue**
**Quakertown, PA 18951**
███████████████████

Search America
6450 Wedgewood Road, Suite 100
Maple Grove, MN  55311

**Re:**  **James E. Wright, Jr.**        **SSN:**████████████      **DOB 9/3/1965**

To Whom it May Concern:

I am requesting copies of all personal information that your company has on me.  Please produce copies of all consumer reports about me in the possession of your company.

I would like the name, address and telephone number for every entity that accessed my consumer report in the last 12 months.

**Please redact the first five digits of my Social Security Number on my consumer report. Please do not print the first five digits of my Social Security number on my consumer report.**

Enclosed please find a copy of my drivers license.

Thank you.

Sincerely,

James E. Wright, Jr.                    8-5-13
                                         Date

Exhibit        E-1



Exhibit E-2

**James E. Wright, Jr.**
**416 Tohickon Avenue**
**Quakertown, PA 18951**
███████████

Search America
6450 Wedgewood Road, Suite 100
Maple Grove, MN  55311

Re:   James E. Wright, Jr.       SSN: ████████       DOB 9/3/1965

To Whom it May Concern:

I am requesting copies of all personal information that your company has on me.  Please produce copies of all consumer reports about me in the possession of your company.

I would like the name, address and telephone number for every entity that accessed my consumer report in the last 12 months.

I noticed from my Experian consumer report that your company accessed my information numerous times for Saint Lukes Quakertown and Saint Luke's Hospital in 2012 and in 2013.  See excerpt from my Experian consumer report showing the inquiries from Saint Lukes Quakertown and Saint Lukes Hospital.

I would like the address and telephone number for Saint Lukes Quakertown and Saint Luke's Hospital.

**Please redact the first five digits of my Social Security Number on my consumer report. Please do not print the first five digits of my Social Security number on my consumer report.**

Enclosed please find a copy of my drivers license.

Thank you.

Sincerely,

James E. Wright, Jr.

8-19-13
Date

Exhibit       F-1

Experian

Prepared for:  JAMES E WRIGHT Jr
Date:  April 18, 2013
Report number: 2093-3684-11

Page 14 of 18

## Record of requests for your credit history

We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years.

**Inquiries shared with others**

The section below lists all of the companies that have requested your credit information as a result of an action you took, such as applying for credit or financing or as a result of a collection. The inquiries in this section are shared with companies that receive your credit history.

Examples of inquiries shared with others include:
* a real estate loan
* a home mortgage loan
* an auto loan
* an application for credit

| MRS BPO | Date |
|---|---|
| 1930 OLNEY AVE | Jun 28, 2011 |
| CHERRY HILL NJ 08003 | Reason |
| No phone number available | Unspecified. This inquiry is scheduled to |
| Address identification number: | continue on record until Jul 2013. |
| 0039164528 | |

**Inquiries shared only with you**

You may not have initiated the following inquiries, so you may not recognize each source. We report these requests to you only as a record of activities, and we do not include any of these requests on credit reports to others.

We offer credit information about you to those with a permissible purpose, such as:
* other creditors who want to offer you preapproved credit;
* an employer who wishes to extend an offer of employment;
* a potential investor in assessing the risk of a current obligation;
* Experian Consumer Assistance to process a report for you;
* your current creditors to monitor your accounts (date listed may reflect only the most recent request).

These inquiries DO NOT affect your credit score.

SEARCH AMERICA 6450 WEDGWOOD RD N STE 100   MAPLE GROVE MN 55311
No phone number available
On behalf of SLHHN ST LUKES QUAKERTOW for 30
Date of inquiry: Mar 09, 2013

SEARCH AMERICA
No phone number available
On behalf of SLHHN ST LUKES HOSPITAL  for 30
Date of inquiry: Feb 25, 2013; Dec 10, 2012

CHASE BANK USA,NA  PO BOX 24696   COLUMBUS OH 43224
(800) 848 9136
Date of inquiry: Jan 09, 2013

PCS OUTSOURCING GROUP  900 CORPORATE DR   READING PA 19605
(610) 916 7284
Date of inquiry: Nov 23, 2012

SEARCH AMERICA 6450 WEDGWOOD RD N STE 100   MAPLE GROVE MN 55311
No phone number available
On behalf of SLHHN ST LUKES HOSPITAL  for 30
Date of inquiry: Sep 26, 2012

EXPERIAN  PO BOX 9600   ALLEN TX 75013
No phone number available
Date of inquiry: Jun 05, 2012; Sep 06, 2010; Sep 06, 2010; Jan 02, 2007

EXPERIAN  380 E 22ND ST   LOMBARD IL 60148
No phone number available
Date of inquiry: May 14, 2012

TARGET NATIONAL BANK  PO BOX 673   MINNEAPOLIS MN 55440
(888) 755 5856
Date of inquiry: May 14, 2012

KOHLS  PO BOX 3115   MILWAUKEE WI 53201
(262) 703 7000
Date of inquiry: May 11, 2012

LEXISNEXIS/INS/P&C  1000 ALDERMAN DR   ALPHARETTA GA 30005
No phone number available
On behalf of ERIE INSURANCE GROU AGEN for insurance underwriting
Date of inquiry: Mar 19, 2012

EXPERIAN  PO BOX 2002   ALLEN TX 75013
No phone number available
Date of inquiry: Jan 13, 2012

HSBC NV CARD SERVICES  PO BOX 30253   SALT LAKE CITY UT 84130
No phone number available
Date of inquiry: Dec 27, 2011; Nov 18, 2011; Nov 03, 2011; Sep 23, 2011

0158888971

EXhibit F-2



Exhibit F-3

James Wright
416 Tohickon Avenue
Quakertown, PA 18951
████████████

Experian
P.O. Box 2002
Allen, TX  75013

Re:     **James E. Wright, Jr.     SSN** ████████ **DOB 9-3-1965**
        **Inquiries Made by Search America / Experian Healthcare**

To Whom it May Concern:

Enclosed please find an excerpt from my recent consumer report sowing inquiries on my Experian consumer report.  Search America / Experian Healthcare has made numerous inquiries on my Experian consumer report in 2012 and 2013.

The inquiries were apparently made on behalf of Saint Lukes Quakertown and Saint Lukes Hospital.  I would like the address and telephone number for Saint Lukes Quakertown and Saint Lukes Hospital.

Enclosed please find a copy of my drivers license.

Thank you.

Sincerely,

James Wright

8-19-13
Date

Exhibit G-1



Exhibit          G-2



**U.S. POSTAL SERVICE**    **CERTIFICATE OF MAILIN**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES N
PROVIDE FOR INSURANCE—POSTMASTER

Received From
James E. Wright, Jr.
416 Tohickon Ave
Quakertown, PA 18951

One piece of ordinary mail addressed to:

Experian
P.O. Box 2002
Allen, TX 75013

Exhibit G-3

James E. Wright, Jr.
416 Tohickon Avenue
Quakertown, PA 18951
██████████████

Experian Healthcare
Attention: Compliance
6450 Wedgewood Road, Suite 100
Maple Grove, MN 55311

Re:   James E. Wright, Jr.       SSN██████████       DOB 9/3/1965

To Whom it May Concern:

I am requesting copies of all personal information that your company has on me.  Please produce copies of all consumer reports about me in the possession of your company.

I would like the name, address and telephone number for every entity that accessed my consumer report in the last 12 months.

I noticed from my Experian consumer report that your company accessed my information numerous times for Saint Lukes Quakertown and Saint Luke's Hospital in 2012 and in 2013.  See excerpt from my Experian consumer report showing the inquiries from Saint Lukes Quakertown and Saint Lukes Hospital.

I would like the address and telephone number for Saint Lukes Quakertown and Saint Luke's Hospital.

**Please redact the first five digits of my Social Security Number on my consumer report. Please do not print the first five digits of my Social Security number on my consumer report.**

Enclosed please find a copy of my drivers license.

Thank you.

Sincerely,

*James E. Wright, Jr.*
James E. Wright, Jr.

8-19-3
Date

Exhibit       H-1



## Record of requests for your credit history

We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years.

### Inquiries shared with others

The section below lists all of the companies that have requested your credit information as a result of an action you took, such as applying for credit or financing or as a result of a collection. The inquiries in this section are shared with companies that receive your credit history.

Examples of inquiries shared with others include:
- a real estate loan
- a home mortgage loan
- an auto loan
- an application for credit

**MRS BPO**
1930 OLNEY AVE
CHERRY HILL NJ 08003
No phone number available
Address identification number:
0039164528

**Date**
Jun 28, 2011

**Reason**
Unspecified. This inquiry is scheduled to continue on record until Jul 2013.

### Inquiries shared only with you

You may not have initiated the following inquiries, so you may not recognize each source. We report these requests to you only as a record of activities, and we do not include any of these requests on credit reports to others.

We offer credit information about you to those with a permissible purpose, such as:
- other creditors who want to offer you preapproved credit;
- an employer who wishes to extend an offer of employment;
- a potential investor in assessing the risk of a current obligation;
- Experian Consumer Assistance to process a report for you;
- your current creditors to monitor your accounts (date listed may reflect only the most recent request).

These inquiries DO NOT affect your credit score.

**SEARCH AMERICA** 6450 WEDGWOOD RD N STE 100    MAPLE GROVE MN 55311
No phone number available
On behalf of SLHHN ST LUKES QUAKERTOW for 30
Date of inquiry: Mar 09, 2013

**SEARCH AMERICA**
No phone number available
On behalf of SLHHN ST LUKES HOSPITAL  for 30
Date of inquiry: Feb 25, 2013; Dec 10, 2012

**CHASE BANK USA,NA**  PO BOX 24696    COLUMBUS OH 43224
(800) 848 9136
Date of inquiry: Jan 09, 2013

**PCS OUTSOURCING GROUP**  900 CORPORATE DR    READING PA 19605
(610) 916 7284
Date of inquiry: Nov 23, 2012

**SEARCH AMERICA**  6450 WEDGWOOD RD N STE 100    MAPLE GROVE MN 55311
No phone number available
On behalf of SLHHN ST LUKES HOSPITAL  for 30
Date of inquiry: Sep 26, 2012

**EXPERIAN**  PO BOX 9600    ALLEN TX 75013
No phone number available
Date of inquiry: Jun 05, 2012; Sep 08, 2010; Sep 06, 2010; Jan 02, 2007

**EXPERIAN**  360 E 22ND ST    LOMBARD IL 60148
No phone number available
Date of inquiry: May 14, 2012

**TARGET NATIONAL BANK**  PO BOX 673    MINNEAPOLIS MN 55440
(888) 755 5856
Date of inquiry: May 14, 2012

**KOHLS**  PO BOX 3115    MILWAUKEE WI 53201
(262) 703 7000
Date of inquiry: May 11, 2012

**LEXISNEXIS/INS/P&C**  1000 ALDERMAN DR    ALPHARETTA GA 30005
No phone number available
On behalf of ERIE INSURANCE GROU AGEN for insurance underwriting
Date of inquiry: May 11, 2012

**EXPERIAN**  PO BOX 2002    ALLEN TX 75013
No phone number available
Date of inquiry: Jan 13, 2012

**HSBC NV CARD SERVICES**  PO BOX 30253    SALT LAKE CITY UT 84130
No phone number available
Date of inquiry: Dec 27, 2011; Nov 18, 2011; Nov 03, 2011; Sep 23, 2011

0158888971

Exhibit        H-2



Exhibit          H-3



| U. S. POSTAL SERVICE | **CERTIFICATE OF MAILING** |
|---|---|
| MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER | |

Received From:

James E. Wright, Jr.

416 Tohickon Ave

Quakertown, PA  18951

One piece of ordinary mail addressed to:

Experian Healthcare

Attention: Compliance

6450 Wedgewood Road, Suite 100

Maple Grove, MN  55311

Exhibit H-4

PO Box 9701
Allen, TX 75013

**Experian**℠

A world of insight

Prepared for: **JAMES E WRIGHT Jr**
Date: **August 29, 2013**
Report number: **3578-2680-76**

**Dear JAMES E WRIGHT Jr,**

To assist you in understanding your correction summary, we have provided additional information that relates directly to items on your personal credit report.

OTHER ITEMS DISPUTED ARE NOT CURRENTLY DISPLAYING ON YOUR PERSONAL CREDIT REPORT.

By federal law, your personal credit report must list all organizations that have requested your credit history. In accordance with the Fair Credit Reporting Act, entities who have certified to Experian that they have a permissible purpose may inquire about credit information. For example, organizations that have granted you credit or with whom you have applied for credit, or entities collecting on transactions that you initiated or on judgments rendered against you, are permitted to make inquiries on your credit report. Requests for your credit history remain on the personal credit report for at least two years.

Inquiries from credit grantors who request your credit information as part of your application for credit will display under the heading "Inquiries shared with others" on your personal credit report. These inquiries display on your credit report when it is accessed by others with a permissible purpose. These inquiries may affect your credit score.

Other inquiries for your credit information are considered "soft" inquiries and do not affect your credit score. Some examples are: your current creditors to monitor your accounts; other creditors who want to offer you preapproved credit; an employer who wishes to extend an offer of employment; and a potential investor assessing the risk of a current credit obligation. These inquiries appear under the heading "Inquiries shared only with you" on your personal credit report. You will not receive this explanation again if you dispute this same item within the next 30 days.

Sincerely,

Experian
NCAC
PO BOX 9701
Allen TX 75013



Scan me with your smart phone
for special offers from Experian.

015888971

Exhibit I



# Experian™
A world of insight

Prepared for: JAMES E WRIGHT Jr
Date: August 29, 2013
Report number: **3578-2680-76**

PO Box 9701
Allen, TX 75013

0003065 03 MB 0.652 **AUTO  0 0 7208 18951-134316   -C02-P23088-I

JAMES E WRIGHT Jr
416 TOHICKON AVENUE
QUAKERTOWN PA  18951-1343

**Dear JAMES E WRIGHT Jr**

If you question the results of our dispute process, then you may want to
contact the furnisher of information directly or review the original
information in the public record. Please refer to your original personal
credit report for the furnisher or public records office name, address, and
phone number (if available).

Sincerely,

Experian
NCAC
PO BOX 9701
Allen TX 75013

Scan me with your smart phone
for special offers from Experian.

0158888971

Page 1 of 2

Exhibit J

p.4

**Experian™**

A world of insight

PO Box 9701
Allen, TX 75013

0003469 02 MB 0.402 **AUTO   2 0 7239 18951-134316   -C02-P03472-I
JAMES E WRIGHT Jr
416 TOHICKON AVENUE
QUAKERTOWN PA 18951-1343

Prepared for: JAMES E WRIGHT Jr
Date: October 01, 2013
Report number: 4251-2639-50

Page 1 of 16

**Dear JAMES E WRIGHT Jr,**

*To assist you in understanding your correction summary, we have provided additional information that relates directly to items on your personal credit report.*

By federal law, your personal credit report must list all organizations that have requested your credit history. In accordance with the Fair Credit Reporting Act, entities who have certified to Experian that they have a permissible purpose

may inquire about your credit information. For example, organizations that have granted you credit or with whom you have applied for credit, or entities collecting on transactions that you initiated or on judgments rendered against you, are permitted to make inquiries on your credit report. Requests for your credit history remain on the personal credit report for at least two years.

Inquiries from credit grantors who request your credit information as part of your application for credit will display under the heading "Inquiries shared with others" on your personal credit report. These inquiries display on your credit report when it is accessed by others with a permissible purpose. These inquiries may affect your credit score.

Other inquiries for your credit information are considered "soft" inquiries and do not affect your credit score. Some examples are: your current creditors to monitor your accounts; other creditors who want to offer you preapproved credit; an employer who wishes to extend an offer of current employment; and a potential investor assessing the risk of a current credit obligation. These inquiries appear under the heading "Inquiries shared only with you" on your personal credit report. You will not receive this explanation again if you dispute this same item within the next 30 days.

If you question the results of our dispute process, then you may want to contact the furnisher of information directly or review the original information in the public record. Please refer to your original personal credit report for the furnisher or public records office name, address, and phone number (if available).

Sincerely,

Experian
NCAC
PO BOX 9701
Allen TX 75013

Scan me with your smart phone
for special offers from Experian.

015888971

Exhibit K

**James Wright**
**416 Tohickon Avenue**
**Quakertown, PA 18951**
**267-373-9736**

Experian
P.O. Box 2002
Allen, TX 75013

Experian Healthcare / Search America
6450 Wedgewood Road, Suite 100
Maple Grove, MN 55311

**Re:**       **James E. Wright, Jr.    SSN 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  DOB 9-3-1965**
        **Inquiries Made by Search America / Experian Healthcare**

To Whom it May Concern:

I would like answers.

Enclosed please find an excerpt from my recent consumer report showing an inquiry on my Experian consumer report by Experian Health / Search America in February, 2013.

This inquiry was apparently made on behalf of Saint Saint Lukes Hospital. I would like the address and telephone number for Saint Lukes Hospital.

Enclosed please find a copy of my drivers license to prove my identity.

Thank you.

Sincerely,

James Wright

11-1-13
Date

Exhibit L-1



Prepared for:  JAMES E WRIGHT Jr
Date:  April 18, 2013
Report number:  2093-3684-11

Page 14 of 18

## Record of requests for your credit history

We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years.

**Inquiries shared with others**
The section below lists all of the companies that have requested your credit information as a result of an action you took, such as applying for credit or financing or as a result of a collection. The inquiries in this section are shared with companies that receive your credit history.

Examples of inquiries shared with others include:
- a real estate loan
- a home mortgage loan
- an auto loan
- an application for credit

**MRS BPO**
1930 OLNEY AVE
CHERRY HILL NJ 08003
No phone number available
Address identification number:
0039164528

**Date**
Jun 26, 2011

**Reason**
Unspecified. This inquiry is scheduled to continue on record until Jul 2013.

**Inquiries shared only with you**
You may not have initiated the following inquiries, so you may not recognize each source. We report these requests to you only as a record of activities, and we do not include any of these requests on credit reports to others.

We offer credit information about you to those with a permissible purpose, such as:
- other creditors who want to offer you preapproved credit;
- an employer who wishes to extend an offer of employment;
- a potential investor in assessing the risk of a current obligation;
- Experian Consumer Assistance to process a report for you;
- your current creditors to monitor your accounts (date listed may reflect only the most recent request).

**These inquiries DO NOT affect your credit score.**

**SEARCH AMERICA** 6450 WEDGWOOD RD N STE 100    MAPLE GROVE MN 55311
No phone number available
On behalf of SLHHN ST LUKES QUAKERTOW for 30
Date of inquiry: Mar 08, 2013

**SEARCH AMERICA**
No phone number available
On behalf of SLHHN ST LUKES HOSPITAL  for 30
Date of inquiry: Feb 25, 2013; Dec 10, 2012

**CHASE BANK USA,NA** PO BOX 24696    COLUMBUS OH 43224
(800) 848 9136
Date of inquiry: Jan 09, 2013

**PCS OUTSOURCING GROUP** 900 CORPORATE DR    READING PA 19605
(610) 916 7284
Date of inquiry: Nov 23, 2012

**SEARCH AMERICA** 6450 WEDGWOOD RD N STE 100    MAPLE GROVE MN 55311
No phone number available
On behalf of SLHHN ST LUKES HOSPITAL  for 30
Date of inquiry: Sep 25, 2012

**EXPERIAN** PO BOX 9600    ALLEN TX 75013
No phone number available
Date of inquiry: Jun 05, 2012; Sep 06, 2010; Sep 06, 2010; Jan 02, 2007

**EXPERIAN** 380 E 22ND ST    LOMBARD IL 60148
No phone number available
Date of inquiry: May 14, 2012

**TARGET NATIONAL BANK** PO BOX 673    MINNEAPOLIS MN 55440
(888) 755 5856
Date of inquiry: May 14, 2012

**KOHLS** PO BOX 3115    MILWAUKEE WI 53201
(262) 703 7000
Date of inquiry: May 11, 2012

**LEXISNEXIS/INS/P&C** 1000 ALDERMAN DR   ALPHARETTA GA 30005
No phone number available
On behalf of ERIE INSURANCE GROU AGEN for insurance underwriting
Date of inquiry: Nov 23, 2012

**EXPERIAN** PO BOX 2002    ALLEN TX 75013
No phone number available
Date of inquiry: Jan 13, 2012

**HSBC NV CARD SERVICES** PO BOX 30253    SALT LAKE CITY UT 84130
No phone number available
Date of inquiry: Dec 27, 2011; Nov 18, 2011; Nov 03, 2011; Sep 23, 2011

0158888971

E x h i b i t  L - 2



Exhibit L-3

**James Wright**
**416 Tohickon Avenue**
**Quakertown, PA 18951**
**267**▬▬▬

Experian
P.O. Box 2002
Allen, TX 75013

Experian Healthcare / Search America
6450 Wedgewood Road, Suite 100
Maple Grove, MN 55311

**Re:**   **James E. Wright, Jr.   SSN**▬▬▬ **D** ▬▬▬
          **Inquiries Made by Search America / Experian Healthcare**

To Whom it May Concern:

I would like answers.

Enclosed please find an excerpt from my recent consumer report showing an inquiry on my Experian consumer report by Experian Health / Search America in February, 2013.

This inquiry was apparently made on behalf of Saint Saint Lukes Hospital. I would like the address and telephone number for Saint Lukes Hospital.

Enclosed please find a copy of my drivers license to prove my identity.

Thank you.

Sincerely,

James Wright

1-1-2013
Date

EXhibit M-1

**Experian™**

A world of insight

Prepared for: **JAMES E WRIGHT Jr**
Date: **November 25, 2013**
Report number: **3314-7169-92**

PO Box 9701
Allen, TX 75013

0002414  02 MB 0.402  **AUTO  5 0 7283 18951-134318    -C02-P024164

JAMES E WRIGHT Jr
416 TOHICKON AVENUE
QUAKERTOWN PA  18951-1343

**Dear JAMES E WRIGHT Jr,**

To assist you in understanding your correction summary, we have provided additional information that relates directly to items on your personal credit report.

By federal law, your personal credit report must list all organizations that have requested your credit history. In accordance with the Fair Credit Reporting Act, entities who have certified to Experian that they have a permissible purpose

Scan me with your smart phone
for special offers from Experian.

may inquire about credit information. For example, organizations that have granted you credit or with whom you have applied for credit, or entities collecting on transactions that you initiated or on judgments rendered against you, are permitted to make inquiries on your credit report. Requests for your credit history remain on the personal credit report for at least two years.

Inquiries from credit grantors who request your credit information as part of your application for credit will display under the heading "Inquiries shared with others" on your personal credit report. These inquiries display on your credit report when it is accessed by others with a permissible purpose. These inquiries may affect your credit score.

Other inquiries for your credit information are considered "soft" inquiries and do not affect your credit score. Some examples are: your current creditors to monitor your accounts; other creditors who want to offer you preapproved credit; an employer who wishes to extend an offer of employment; and a potential investor assessing the risk of a current credit obligation. These inquiries appear under the heading "Inquiries shared only with you" on your personal credit report. You will not receive this explanation again if you dispute this same item within the next 30 days.

Sincerely,

Experian
NCAC
PO BOX 9701
Allen TX 75013

0158888971

Exhibit N

7283-02-02-0002414-0001-0013776

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| James E. Wright, Jr. | : |
| 416 Tohickon Avenue | : |
| Quakertown, PA  18951, | : |
| Plaintiff | : |
| v. | :          13-cv-07649 |
| Experian Information Solutions, Inc. | : |
| 475 Anton Blvd. | : |
| Costa Mesa, CA, 92626 | : |
| and | : |
| Experian Information Solutions, Inc., | :          Jury Trial Demanded |
| 5 Century Drive | : |
| Parispanny, NJ  07054, | : |
| and | : |
| Search America, Inc. | : |
| 6450 Wedgewood Road, Suite 100 | : |
| Maple Grove, MN  55311 | : |
| and | : |
| X,Y,Z Corporations, | : |
| Defendant(s) | : |

**CERTIFICATE OF SERVICE**

I, Vicki Piontek, Esquire affirm that I served a true and correct copy of the attached AMENDED COMPLAINT on the following parties at the following addresses.


JONES DAY
**DAVID M. BELCZYK , ESQUIRE**
500 GRANT STREET, SUITE 4500
PITTSBURGH, PA 15219


KAPLIN STEWART MELOFF REITER & STEIN PC
**MOHAMMAD A. GHIASUDDIN, ESQUIRE**
910 HARVEST DRIVE
P.O BOX 3037
BLUE BELL, PA 19422-0765


_Vicki Piontek_          1-1-2014
Vicki Piontek, Esquire          Date
Attorney for Plaintiff
951 Allentown Road
Lansdale, PA  19446
877-737-8617
palaw@justice.com
Fax: 866-408-6735