APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| James E. Wright, Jr. : | CIVIL ACTION |
| : | |
| v. : | |
| Experian Info. Solutions, et al. : | NO. 13-7649 |

ORDER

AND NOW, this _____ Day of _____, 2014, it is hereby

ORDERED that the application of David M. Belczyk , Esquire, to practice in this

court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____

J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 13-7649

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

### I. APPLICANT'S STATEMENT

I, __David M. Belczyk__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __11929__, for the $40.00 admission fee.

**A.** *I state that I am currently admitted to practice in the following state jurisdictions:*

| Pennsylvania | 12/07/2006 | 204214 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

**B.** *I state that I am currently admitted to practice in the following federal jurisdictions:*

| Seventh Circuit | 05/22/2007 | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Third Circuit | 01/31/2011 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| W.D. Pennsylvania | 05/11/2011 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

**C.** *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*  Experian Info. Solutions

_____
(Applicant's Signature)

01/09/2014
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Jones Day

500 Grant Street, Suite 4500, Pittsburgh, PA 15219

412-394-9533

Sworn and subscribed before me this

9th Day of January, 2014

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Theresa A. Saar, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires May 10, 2016
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of __David M. Belczyk__ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Mohammad Ghiasuddin | _[signature]_ | 11/02/2001 | 83925 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Kaplin, Stewart, Meloff, Reiter & Stein, P.C.

910 Harvest Drive, P.O. Box 3037, Blue Bell, PA  19422-0765

610-941-2546

Sworn and subscribed before me this

13 Day of January, 2013

_[signature]_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JANET V. FLOOD, Notary Public
Whitpain Twp., Montgomery County
My Commission Expires November 24, 2016

## CERTIFICATE OF SERVICE

      I hereby certify that on January 13, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

      Vicki Piontek
      Piontek Law Office
      951 Allentown Road
      Lansdale, PA 19446
      Email: vicki.piontek@gmail.com

      /s/Mohammad A. Ghiasuddin
      **Attorney for Defendant**
      **Experian Information Solutions, Inc.**